# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| DAVID RIOS, | : | |
|---|---|---|
| Plaintiff | : | |
| v. | : | CIVIL NO. 4:17-CV-671 |
| DAUPHIN COUNTY PRISON, | : | (Judge Brann) |
| Defendant | : | |

## ORDER

MAY 16, 2017

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is directed to **CLOSE** the case.

3. Any appeal from this Order will be deemed frivolous, without probable cause and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge